# United States District Court
# Northern District of New York
## *Civil Judgment*

*Saundra v. White,*
                *Plaintiff,*

v.                                 *Case Number:*
                                 *5:07cv585 (NAM/DEP)*

*MONARCH PHARMACEUTICALS, INC.;*
*KING PHARMACEUTICALS, INC.;*
*U.S. of A.; BRIAN A.MARKINSON;*
*JOSEPH SQUICCIARINO; RICKBROUILETTE;*
*JAMES ELROD; PAUL KRONENBERG;*
*MICHAEL ALLEN; CROUSE IRVING MEMORIAL HOSPITAL,*

                *Defendants.*

    **[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED,** the Court finds that plaintiff's amended complaint fails to state a claim upon which relief may be granted. The Court hereby dismisses this action pursuant to 28 U.S.C. § 1915(e).

    All of the above pursuant to a Decision and Order of Chief United State District Court Judge, Norman A. Mordue, dated January 16, 2008.

**Dated: January 17, 2008**      *Lawrence K. Baerman, Clerk*

                                  *s/*

                                *Marie N. Marra, Deputy Clerk*